UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00424-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MOHAMMED IFTIKHAR MALIK,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, January 30, 2012,** and responses to these motions shall be filed by **Friday, February 10, 2012.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time. Should a hearing become necessary, the parties shall contact chambers. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, March 12, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: January 12, 2012

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief U. S. District Judge