IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00424-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MOHAMMED IFTIKHAR MALIK,

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Defendant's Appeal from Magistrate's Order of Detention [ECF No. 16], filed January 18, 2012, is set for **Wednesday, February 1, 2012 at 2:00 p.m. in Courtroom A-1002.** The Government is ordered to file a response to Defendant's Motion, [ECF No. 16], no later than **Friday, January 27, 2012.**

    Dated: January 23, 2012