IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00424-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MOHAMMED IFTIKHAR MALIK,

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A hearing on Defendant's Motion Appealing Magistrate's Order of Detention (Doc. No. 34) [ECF No. 38], filed March 8, 2012, is set for **Wednesday, March 28, 2012 at 11:00 a.m. in Courtroom A-1002.** The Government is ordered to file a response to Defendant's Motion, [ECF No. 38], no later than **Monday, March 19, 2012.**

    Dated: March 9, 2012